UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH POGUE,

                              *Plaintiff*,

           -against-

CRUZ; HARRISON; LOUGHRAN; S.
CAMPBELL; MITCHELL CHESS; JANE DOE
#1-#3; AND JOHN DOE #1-#2,

                              *Defendants*.

25-CV-6349 (KMK)

ORDER OF SERVICE

KENNETH M. KARAS, United States District Judge:

Plaintiff, who is currently incarcerated at Lakeview Shock Correctional Facility, brings this Action, pro se, under 42 U.S.C. § 1983, alleging that when he was incarcerated at Fishkill Correctional Facility ("Fishkill"), Defendants forced him to fight another incarcerated individual. (*See generally* Compl. (Dkt. No. 1).)  He also alleges that the medical staff at Fishkill denied him necessary medical attention for a fractured bone that he sustained during the fight.  (*Id.*)  In his Complaint, Plaintiff names Sergeant Cruz, Officer Harrison, Officer Loughran, x-ray Technician Mitchell Chess, Nurse S. Campbell, (collectively the "Named Defendants") and three Jane Doe ("Jane Doe #1-#3") and two John Doe ("John Doe #1-#2) nurses as Defendants.  (*Id.*)  By order dated September 3, 2025, the Court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees.[1]  (*See* Order (Dkt. No. 7).)

On September 24, 2025 the Court entered an Order of Service directing the U.S. Marshals to effect service on the named Defendants.  (*See* Order of Service 2 (Dkt. No. 9).)  The Court also issued a *Valentin* Order directing the New York State Attorney General (the "AG"),

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP.  *See* 28 U.S.C. § 1915(b)(1).

who is the attorney and agent of the New York State Department of Corrections and Community Supervision ("DOCCS"), to identify Jane Doe #1-#3 and John Doe #1-#2 and provide Plaintiff with the address(es) where they may be served within sixty days of the Order.  (Order of Service 3.)

To date, the AG's Office has failed to provide the Court or Plaintiff with this information. (*See generally* Dkt.)  On February 2, 2026, Plaintiff requested an extension of time for service. (*See* Letter from Elijah Pogue to Court (Feb. 2, 2026) (Dkt. No. 16).)

Accordingly, the AG's Office is hereby ORDERED to respond to the Court's Order of Service by no later than March 18, 2026.  Additionally, Plaintiff's request for an extension of time to serve is GRANTED, and his time to serve is extended until thirty days after the AG's Office provides the requested information.

The Clerk of Court is respectfully directed to mail a copy of this Order, the Court's Order of Service (Dkt No. 9), and the Complaint (Dkt. No. 1) to the New York State Attorney General at: Managing Attorney's Office, 28 Liberty Street, 16th Floor, New York, NY 10005.  The Clerk of Court is also respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

DATED:      February 18, 2026
            White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

2